SUSAN BENNETT, as Administratrix, etc., of DAVID FERGUESON BENNETT, Also Known as DAVID BENNETT FERGUESON, Deceased, Respondent, v. WILLIAM M. CONNELLY, Appellant, Impleaded with Others, Defendants.— Order affirmed,

with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.